**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| JOHN HENRY MHOON; JOHN WILLARD SMITH, JR. and DONNA MARIE SMITH; JOHN WILBURN GARRETT and JEANNE LEREE GARRETT; and CLASS REPRESENTATIVES | PLAINTIFFS |
| v.              NO. 3:12MC00001 JLH | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEFENDANT |

**ORDER**

The motions for admission to appear *pro hac vice* by Laya Rose Kaigh and Elizabeth A. Frohlich are GRANTED. Documents #12 and #13. Laya Rose Kaigh and Elizabeth A. Frohlich are hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 10th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE