IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN HENRY MHOON; JOHN WILLARD SMITH, JR. and DONNA MARIE SMITH; JOHN WILBURN GARRETT and JEANNE LEREE GARRETT; and CLASS REPRESENTATIVES                                     PLAINTIFFS

v.                          NO. 3:12MC00001 JLH

DEUTSCHE BANK NATIONAL TRUST COMPANY                                   DEFENDANT

## ORDER

Plaintiffs' motion for stay is GRANTED. Document #26. This action is stayed pending a ruling on the related cases to be heard on April 25, 2012. Plaintiffs' responses to the motion to dismiss the first amended class action complaint and motion to stay adversary proceeding will be due ten days following the entry of a ruling. Plaintiffs' response to the motion to withdraw reference and memorandum in support and motion to withdraw the reference of the adversary proceeding will be due April 20, 2012. Defendant will be permitted to file an amended motion to dismiss within twenty-one days following the ruling.

IT IS SO ORDERED this 17th day of April, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE