**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOHN HENRY MHOON; JOHN                                                    PLAINTIFFS
WILLARD SMITH, JR. and DONNA
MARIE SMITH; JOHN WILBURN
GARRETT and JEANNE LEREE GARRETT;
and CLASS REPRESENTATIVES

v.                                            NO. 3:12MC00001 JLH

DEUTSCHE BANK NATIONAL TRUST COMPANY                                      DEFENDANT

## ORDER

This is an adversary proceeding that originated in the bankruptcy court.  The defendant filed

a motion to withdraw the reference, which was docketed in this action.  The plaintiffs have filed a

motion for voluntary nonsuit pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Counsel

for the defendant has notified the Court that the defendant does not object to the voluntary dismissal.

Therefore, the motion to withdraw the reference is granted.  Document #2.  The referral of

this action to the bankruptcy court is hereby withdrawn.

The motion for voluntary dismissal is also granted.  Document #36.  This action is hereby

dismissed without prejudice.  The motion to stay is denied as moot.  Document #10.

IT IS SO ORDERED this 29th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE